UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ZIMMIAN TABB,

                              Plaintiff,

         -against-

CITY OF NEW YORK, Commissioner MARTIN F.
HORN, Chief of Department CAROLYN THOMAS,
Deputy Commissioner RICHARD R. WHITE,
Correction Officer RAY MUN, Shield # 13497;
John/Jane Does #1-10,

                             Defendants.
-----------------------------------------------------------X

**ORDER**

09-CV-2616 (PGG)



**THE HONORABLE PAUL G GARDEPHE**

TO:    WARDEN, GEORGE R. VIERNO CENTER
         ZIMMIAN TABB

**IT IS HEREBY ORDERED:**

    1)    That the Warden or other official in charge of the GEORGE R. VIERNO CENTER produce **ZIMMIAN TABB, Book & Case No. 825-08-01120**, now incarcerated as a pre-trial detainee at the GEORGE R. VIERNO CENTER on Rikers Island, and deliver him to a suitable facility within the confines of Rikers Island on **September 30, 2009, at 10:00 A.M.**, for purposes of being examined by David Slavit, M.D. For purposes of conducting the examination, Dr. Slavit shall be permitted to bring with him equipment for purposes of examining Mr. Tabb, including: tuning forks, otoscope, wax curettes, tongue depressors and lighting equipment.

    (2)    That **ZIMMIAN TABB, Book & Case No. 825-08-01120**, appear at such place as designated by the Warden or other official in charge of the GEORGE R. VIERNO CENTER and permit the examination by Dr. Slavitt to take place as set forth above.

Dated: New York, New York
September 28, 2009

SO ORDERED

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE